## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN KOWAL,** | : | |
| | : | **Civil Action No. 3:18-181** |
| **Plaintiff** | : | |
| | : | **Judge Kim R. Gibson** |
| **vs.** | : | |
| | : | |
| **FERNDALE AREA SCHOOL** | : | |
| **DISTRICT and FERNDALE AREA** | : | |
| **SCHOOL DISTRICT BOARD OF** | : | |
| **EDUCATION,** | : | |
| | : | |
| **Defendants** | : | |

## JUDGMENT

**AND NOW**, this 29th day of November 2021, in accordance with Federal Rule of Civil

Procedure 58, and the Memorandum Opinion and Order dated November 29, 2021, Judgment is

hereby entered in favor of Defendants and against Plaintiff.

**BY THE COURT:**

**KIM R. GIBSON,**
**UNITED STATES DISTRICT JUDGE**